**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-7556**

―――――――――

CHRIST G. PATSALOS,

Petitioner - Appellant,

versus

RON ANGELONE,

Respondent - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-00-910-1-AM)

―――――――――

Submitted: May 16, 2002            Decided: June 11, 2002

―――――――――

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Christ G. Patsalos, Appellant Pro Se. Virginia Bidwell Theisen,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Christ G. Patsalos appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny Patsalos' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Patsalos v. Angelone, No. CA-00-910-1-AM (E.D. Va. Aug. 8, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED